**Salame M. AMR, Plaintiff–Appellant,**

v.

**The ATTORNEY GENERAL OF VIRGINIA; Gregory C. Fleming; Ronald N. Regnery; Scott Crowley; Crowley & Crowley Law Firm, Defendants–Appellees.**

No. 11–2171.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Salame M. Amr, Appellant Pro Se. George Walerian Chabalewski, Catherine Crooks Hill, Office of the Attorney General of Virginia, Richmond, Virginia; Scott Gregory Crowley, Sr., Crowley & Crowley, Glen Allen, Virginia; Charles James Williams, III, Burnett & Williams, Midlothian, Virginia, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's orders granting the Defendants' motions to dismiss and for sanctions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Amr v. Attorney Gen. of Va.*, No. 3:11–cv–00423–REP (E.D. Va. Sept. 22, 23 & 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*